GARDNER, J. Petition of Josh Granger for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Granger v. State, 106 So. 917. Writ denied.

ANDERSON, C. J., and SAYRE and MILLER, JJ., concur.

(106 So. 911)

Tony GUERRERO, alias, etc., v. STATE. (6 Div. 501.) (Supreme Court of Alabama. Jan. 14, 1926.) Appeal from Circuit Court, Jefferson County; H. P. Heflin, Judge.

PER CURIAM. Affirmed.

(108 So. 920)

GULF STATES STEEL CO. v. Cornelia WITHERSPOON. (6 Div. 555.) (Supreme Court of Alabama. April 20, 1926.) Appeal from Circuit Court, Jefferson County; Roger Snyder, Judge. See, also, ante, p. 130, 106 So. 900.

PER CURIAM. Appeal dismissed.

(106 So, 911)

Ransom HAFLEY et al. v. FIRST NATIONAL BANK OF HUNTSVILLE et al. (8 Div. 820.) (Supreme Court of Alabama. Jan. 19, 1926.) Appeal from Circuit Court, Limestone County; J. E. Horton, Judge.

PER CURIAM. Errors confessed. Reversed and remanded.

(106 So. 912)

Marguerite C. HANSON v. Henry D. PERRY. (6 Div. 329.) (Supreme Court of Alabama. Nov. 27, 1925.) Appeal from Circuit Court, Jefferson County, Bessemer Division; J. C. B. Gwin, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(108 So. 920)

Ralph HAYNES v. STATE. (8 Div. 835.) (Supreme Court of Alabama. June 10, 1926.) Appeal from Circuit Court, Madison County; O. Kyle, Judge. Second degree murder.

SOMERVILLE, J. The appeal is on the record, without a bill of exceptions. We find no error in the record, and the judgment of conviction will be affirmed. Affirmed.

ANDERSON, C. J., and THOMAS and BOULDIN, JJ., concur.

(108 So. 920)

J. F. HOLLEY et al. v. Maude H. SPANGLER. (6 Div. 597.) (Supreme Court of Alabama. April 20, 1926.) Appeal from Circuit Court, Jefferson County; Joe C. Hail, Judge.

PER CURIAM. Appeal dismissed by appellants.

(108 So. 920)

J. L. ISBELL v. L. B. RIDDLE, Judge, etc. (7 Div. 610.) (Supreme Court of Alabama. May 25, 1926.) Appeal from Circuit Court,

Shelby County; E. S. Lyman, Judge. See, also, 213 Ala. 686, 106 So. 143.

PER CURIAM. Appeal dismissed for want of prosecution.

(107 So. 924)

General JACKSON v. STATE. (2 Div. 893.) (Supreme Court of Alabama. March 25, 1926.) Appeal from Circuit Court, Dallas County; S. F. Hobbs, Judge. First degree murder. B. H. Craig and Harry W. Gamble, both of Selma, for appellant. Harwell G. Davis, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed by appellant.

(106 So. 912)

J. L. JERNIGAN v. Louis J. HYSMITH, etc. (4 Div. 206.) (Supreme Court of Alabama. Nov. 12, 1925.) Appeal from Circuit Court, Coffee County; W. L. Parks, Judge.

PER CURIAM. Appeal dismissed by appellant.

(106 So. 912)

Herbert JULIUS, alias, etc., v. STATE. (3 Div. 738.) (Supreme Court of Alabama. Jan. 28, 1926.) Appeal from Circuit Court, Montgomery County; Leon McCord, Judge. Murder, first degree. E. W. Carter, J. E. Foster, and W. P. McCoy, all of Montgomery, for appellant. Harwell G. Davis, Atty. Gen., and Robert G. Tate, Asst. Atty. Gen., for the State.

PER CURIAM. The record in this cause has had due consideration. The court is of the opinion that there is no error. Judgment of conviction affirmed. All the Justices concur.

(106 So. 912)

Ira T. KEENEY et al. v. Chas. W. GLASS et al. (1 Div. 378.) (Supreme Court of Alabama. Nov. 10, 1925.) Appeal from Circuit Court, Mobile County; Joel W. Goldsby, Judge.

PER CURIAM. Appeal dismissed by appellants.

(106 So. 912)

Hattie LACEY v. Rubin SPENCER et al. (6 Div. 385.) (Supreme Court of Alabama. Nov. 24, 1925.) Appeal from Circuit Court, Jefferson County; William M. Walker, Judge.

PER CURIAM. Appeal dismissed.

(106 So. 912)

Herbert LONDON v. STATE ex rel. T. L. BOROM, Solicitor. (4 Div. 237.) (Supreme Court of Alabama. Nov. 12, 1925.) Appeal from Circuit Court, Pike County; W. L. Parks, Judge. A. G. Seay, of Troy, for appellant. Harwell G. Davis, Atty. Gen., for appellee.

ANDERSON, C. J. The note of testimony in this cause does not contain or refer to the state's evidence, but only the witnesses of the appellant, and we must treat this as the only evidence considered by the trial court, and upon a consideration of same, and it alone, we are of the opinion that the same did not warrant a condemnation of the appellant's car, and the de-